# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: DAVID E. MOORE, JR.,     :     CHAPTER 13
      Debtor

                                     :     BANKRUPTCY NO.  16-17404

## CERTIFICATION OF SERVICE AND OF NO RESPONSE

      I hereby certify that, on June 25, 2019, I served copies of the Debtor's Amended Motion for Permission to Sell Real Estate and Motion to Amend His Confirmed Plan, with a Notices of Motions setting forth that any Answers or Objections were required to be filed and served upon me by July 14, 2019, and that hearings, if necessary, were scheduled on August 6, 2019, at 1 PM in Courtroom 1, 900 Market St., Philadelphia, PA.  19107, on all parties listed on the Mailing Matrix in this case.  I further certify that, as of August 2, 2019, no Answers or Objections to the Motions have been filed of record or served upon me, and that therefore the proposed Orders attached to the Motions may be entered as uncontested.

Dated:  August 3, 2019

_____
-                                               /s/ DAVID A. SCHOLL
                                               512 Hoffman Street
                                               Philadelphia, PA  19148
                                               610-550-1765
                                               Attorney for Debtor