# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: DAVID E. MOORE, JR.,           :        CHAPTER 13
      Debtor

                                       :        BANKRUPTCY NO. 16-17404

## ORDER GRANTING DEBTOR'S AMENDED MOTION FOR PERMISSION TO SELL REAL ESTATE

AND NOW, this 7th day of August, 2019, it is hereby ORDERED that the Debtor is granted permission to sell his property at 818 West 9th Street, Wilmington, DE. 18901 ("the Property"), to Wilmington Neighborhood Conservancy Land Bank Corporation for $35,000 pursuant to the terms of the Agrnements of Sale attached to the Amended Motion as Exhibit "A," with the proceeds to be distributed to all taxes and other unavoidable liens of against the Property, and any additional, ordinary and reasonable settlement costs chargeable to the Debtor, with any remainder payable to the Chapter 13 Trustee, William C. Miller. The title clerk shall email a completed HUD-1 or settlement sheet from the closing directly to the Chapter 13 Trusee, William C. Miller, Esq., and the Debtor's counsel David A. Scholl, at judgescholl@gmail.com, immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon the trustee's approval, the title clerk shall send the disbursement check to the Trustee by traceable mail.

                                                _____
                                                ERIC L. FRANK
                                                U.S. BANKRUPTCY JUDGE