IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

In Re:  DAVID E. MOORE, JR.,                :    CHAPTER 13

        Debtor                                    :    BANKRUPTCY NO. 16-17404

**ORDER SUSTAINING DEBTOR'S OBJECTIONS TO PROOFS OF CLAIM ("POC")
NOS. 4-1 AND 5-1 FILED BY NEW CASTLE COUNTY, DELAWARE ("County")**

AND NOW, this **7th day of August**, after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Debtor's Objections to the Proofs of Claim of New Castle County, Delaware (Claim Nos. 4-1 and 5-1) are **OVERRULED WITHOUT PREJUDICE**.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE